UNITED STATES, Appellee

v

ALBERT W. GREEN, Private,
U. S. Marine Corps, Appellant

18 USCMA 574, 40 CMR 286

No. 22,157

September 12, 1969

*Captain Frank A. Nelson,* JAGC, USN, was on the pleadings for Appellant, Accused.

*Captain William S. Foss,* USMCR, was on the pleadings for Appellee, United States.

Opinion of the Court

DARDEN, Judge:

The accused pleaded guilty to two specifications of desertion charged as violations of Article 85, Uniform Code of Military Justice, 10 USC § 885. The law officer's investigation into the providence of the plea is equal to that in United States v Care, 18 USCMA 535, 40 CMR 247. Indeed, in this instance, the law officer itemized the elements of the offenses charged and the accused conceded his guilt. We, therefore, consider Green's plea providently entered.

The decision of the board of review is affirmed.

Chief Judge QUINN concurs.

FERGUSON, Judge:

I concur in the result. See my dissent in United States v Care, 18 USCMA 535, 40 CMR 247.